In the Matter of the Probate of the Last Will and Testament of LEWIS R. BLAIR, Deceased.

152b 645
153 263
152b 645
£162 8

*Matter of Blair*, 84 Hun, 581, affirmed.
(Argued March 11, 1897; decided March 26, 1897.)

APPEAL from an order of the General Term of the Supreme Court in the first judicial department, entered February 20,

1895, which reversed a decree of the Surrogate's Court of the county of New York admitting a will to probate.

*Rastus S. Ransom* and *James O'Neill* for appellants.

*A. B. Porter* for respondents.

Order affirmed on opinion below, with costs.
All concur, except MARTIN, J., absent.